THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00053-MR

| | |
|---|---|
| REBECCA KINKEAD, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> THE SUMMER HOUSE BY REEVES, ) </br> LLC, ) </br> ) </br> Defendant. ) </br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney Justin B. Barnard as counsel *pro hac vice*. [Doc. 3]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 3] is **ALLOWED**, and Justin B. Barnard hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**  Signed: March 6, 2023

Martin Reidinger
Chief United States District Judge