IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00053-MR

| | | |
|---|---|---|
| **REBECCA KINKEAD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **THE SUMMER HOUSE BY REEVES, LLC** and **ANTTI PALOMAKI,** | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the parties' "Stipulated Motion to Modify the Discovery Plan" [Doc. 27].

The parties seek a modification of the Pretrial Order and Case Management Plan [Doc. 14] on the grounds that another Defendant was recently added to this action. After careful consideration of the Motion, and for the reasons stated therein, the Court will grant the parties' Motion and extend the pretrial deadlines, albeit not to the extent requested by the parties.

**IT IS, THEREFORE, ORDERED** that the parties' Motion [Doc. 27] is **GRANTED IN PART**, and the deadlines set forth in the Pretrial Order and

Case Management Plan [Doc. 14] previously entered in this matter are hereby extended as follows:

| | |
|---|---|
| Expert Reports – Plaintiffs: | January 5, 2024 |
| Defendants: | February 4, 2024 |
| Discovery: | May 31, 2024 |
| Mediation: | June 14, 2024 |
| Motions Deadline: | July 1, 2024 |
| Jury Trial: | 1st Trial Term on or after November 12, 2024 |

**IT IS SO ORDERED.**

Signed: November 6, 2023

Martin Reidinger
Chief United States District Judge