IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00053-MR

| | |
|---|---|
| REBECCA KINKEAD, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE SUMMER HOUSE BY REEVES, ) <br> LLC and ANTTI PALOMAKI, ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Dismissal of the Defendant The Summer House by Reeves, LLC. [Doc. 35].

For the reasons stated in the Plaintiff's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion [Doc. 35] is **GRANTED**, and the Defendant The Summer House by Reeves, LLC is hereby **DISMISSED WITH PREJUDICE** from this action.

IT IS SO ORDERED.

Signed: August 26, 2024

Martin Reidinger
Chief United States District Judge